# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DENNIS HA<br><br>　　　　Debtor. | Case No. 8:13-cv-1704-ODW<br><br>BK Case No. 8:12-bk-17113-CB<br><br>BK Adv. No. 8:12-ap-01648-CB<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Under Federal Rule of Bankruptcy Procedure 8006, an appellant must file within 14 days after a notice of appeal, (1) a designation of items to be included in the record on appeal, and (2) a statement of issues to be presented. To the Court's knowledge, Appellants have not done this in this appeal. The Notice of Appeal was filed on October 29, 2013. (ECF No. 1.) An Amended Notice of Appeal was filed on November 1, 2013. (ECF No. 5.)

Appellants Dennis Ha, Justin Ha, and Katie Dinh are hereby **ORDERED TO SHOW CAUSE** in writing no later than December 3, 2013, why this appeal should not be dismissed for failure to comply with appellate procedure. No hearing will be held. Failure to timely respond to this order will result in dismissal of this appeal.

**IT IS SO ORDERED.**

November 18, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**